# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160

January 21, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

    Re: Velasquez v. Bridge & Tunnel, LLC, d/b/a Marshall Stack, et al.
       Case 1:21-cv-07610-RA

Dear Judge Abrams:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 28, 2022, at 2:30 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. As service is by Certified Mail, the undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to Tenant Defendant to the subject facility location, and likewise Federal Express correspondence to the Landlord Defendant's corporate address in order to solicit Defendants' appearance, in the event the original service by certified mail to the Defendants through the Department of State was ineffectual. As such, in order to afford additional time for the Defendants to formally appear, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

  Thank you for your consideration of this second adjournment request.

           Sincerely,

          By: /S/   B. Bradley Weitz
           B. Bradley Weitz, Esq. (BW9365)
           THE WEITZ LAW FIRM, P.A.
           Attorney for Plaintiff
           Bank of America Building
           18305 Biscayne Blvd., Suite 214
           Aventura, Florida 33160
           Telephone: (305) 949-7777
           Facsimile:  (305) 704-3877
           Email: bbw@weitzfirm.com

Application granted. The conference is hereby adjourned to February 25, 2022 at 10:30 a.m.

SO ORDERED.

*[signature]*

Hon. Ronnie Abrams
1/24/2022