# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

February 23, 2022

**VIA CM/ECF**
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1506
New York, NY 10007

    Re: Velasquez v. Bridge & Tunnel, LLC, d/b/a Marshall Stack, et al.
      Case 1:21-cv-07610-RA

Dear Judge Abrams:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 25, 2022, at 10:30 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been served through the Secretary of State [D.E. 8 & D.E. 9]. As previously relayed to the Court the original service of the Complaint to the Defendants was done by the Department of State, who serve via Certified Mail. Service of the Complaint and Summons has been initiated by personal service via an independent process server to the corporate offices of the Defendants' corporations, in the event the original service to the Defendants through the Department of State by certified mail was ineffectual or not received.

  In order to afford additional time for the Defendants to formally appear, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court and thereby permit time for the Defendants to be served by personal service and to contact the undersigned and/or make their formal appearance in this matter.

  . Thank you for your consideration of this third adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW9365)
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile:  (305) 704-3877
  Email: bbw@weitzfirm.com

---

Application granted. The conference is hereby adjourned to April 15, 2022 at 3:30 p.m. If Defendants have not appeared, and Plaintiff intends to move for default, he shall do so by April 22, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
2/24/22