UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                Plaintiff,<br><br>              v.<br><br>BRIDGE & TUNNEL, LLC, and CORIAD REALTY CORP.,<br><br>              Defendants. | 21-CV-7610 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      An initial status conference is scheduled in this action for April 15, 2022. To date, none of the defendants has responded or otherwise appeared in this action. No later than April 14, 2022, Plaintiff shall file a letter on the docket indicating whether he believes proceeding with the status conference would be productive.

SO ORDERED.

Dated:    April 12, 2022
             New York, New York

                                                    Ronnie Abrams
                                                  United States District Judge